# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** MICHAEL B. CORD
**Case Number:** 14-22848-GLT       **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 11, 2016 03:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#119 - Continued Confirmation of Plan Dated 2/10/2016 (NFC)
R / M #: 119 / 0

### Appearances:      *No one appeared*

Debtor:
Trustee: Winnecour / Bedford / (Pail) Katz

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ , effective _____ .
7. __X__ Plan/Motion continued to _8/25/16_ at _10:30_
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____ .
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____ .
9. _____ Contested Hearing: _____ at _____ .
10. _____ Other:

*Plan under-funded*