FILED
2016 Aug 31 PM 4:11
CLERK
U.S. BANKRUPTCY
COURT - PGH

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  14-22848-GLT |
| | : | Chapter:   13 |
| Michael B. Cord | : | |
| | : | Date:      8/31/2016 |
| *Debtor(s).* | : | Time:      10:30 |

## PROCEEDING MEMO

*MATTER:*        #119  - Contested Confirmation of Plan dated 2/10/2016 (NFC)


*APPEARANCES*:

      Debtor:         No Appearance.
      Trustee:        Owen Katz


*NOTES:*

Court - Debtor's counsel, Jeff Hulton, filed a motion to continue the hearing this morning.  Given the late filing of the request, will go forward with the hearing.  Appears that the matter was scheduled for a contested confirmation hearing because the Debtor failed to appear at the last conciliation conference.

Katz - Pattern of non-appearance by Debtor's counsel.  Plan payments are being made, which indicates an intent on the part of the Debtor to comply with his obligations.  Plan is underfunded to meet plan goals.  Would need a payment of $2,200/month to allow the plan to complete within the final 36 months of the plan.

Court - Concerned that the Debtor is making payments but no progress made on the plan during the first eight months of 2016.  Conciliation conferences missed in May, June, and August.  Now a last minute request for a continuance of this hearing.


*OUTCOME:*

1.  Plan confirmation continued to September 28, 2016 at 10:30 a.m.  Debtor's counsel to personally appear.  (DB to prepare).

**DATED:**  8/31/2016