FILED
2016 SEP 1 A 10:04
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 14-22848-GLT |
| | : Chapter 13 |
| MICHAEL B. CORD, | : |
| | : |
| Debtor. | : Related to Dkt. No. 119 |
| | : |

## ORDER CONTINUING CONFIRMATION HEARING
## AND DIRECTING DEBTOR'S COUNSEL TO APPEAR

This matter is before the Court upon the *Amended Chapter 13 Plan dated February 10, 2016* [Dkt. No. 119] (the "Plan") filed by the Debtor, Michael B. Cord. The Court held a hearing to consider confirmation of the *Plan* on August 31, 2016. Counsel for the Debtor, Jeffrey A. Hulton, Esq., failed to appear at the August 31 confirmation hearing.

**AND NOW**, based upon the foregoing and for the reasons stated on the record at the August 31 hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that a continued confirmation hearing to consider the *Plan* shall be held on **September 28, 2016** at **10:30 a.m.** in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219. Jeffrey A. Hulton, Esq. shall personally appear at the September 28 hearing.

Dated: September 1, 2016

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Michael B. Cord
Jeffrey A. Hulton, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 14-22848-GLT
Michael B. Cord                                                        Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy               Page 1 of 2              Date Rcvd: Sep 01, 2016
                              Form ID: pdf900         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2016.
```
db              #+Michael B. Cord,   1 Cross Street,   Apt 1,   Crafton, PA 15205-2709
13893395        +AAS Debt Recovery Service,   2526 Monroeville Blvd., Suite 205,   Monroeville, PA 15146-2371
13901908        +AES,   PO Box 2461,   Harrisburg, PA 17105-2461
13893387        +Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
13893386        +Chase Home Finance,   PO Box 961252,   Ft. Worth, TX 76161-0252
13893391        +David Cord,   38 Stratford Court,   Carnegie, PA 15106-1578
13901906        +Discover Student Loan,   PO Box 6107,   Carol Stream, IL 60197-6107
13916894        +Discover Student Loans,   P.O. Box 6107,   Carol Stream, Il 60197-6107
14114399         ECMC,   PO BOX 16408,   ST. PAUL MN 55116-0408
13967686         FedLoan Servicing,   P.O. Box 69184,   Harrisburg, PA 17106-9184
13901907        +Fedloan Servicing,   PO Box 530210,   Atlanta, GA 30353-0210
13931716        +First National Bank of PA,   c/o AAS Debt Recovery Inc.,   2526 Monroeville BLVD,
                  Monroeville, PA 15146-2358
14081263        +JPMorgan Chase Bank, N.A.,   3415 Vision Drive,   OH4-7142,   Columbus, OH 43219-6009
13893397         Kathleen Cord,   47 Mary Street,   McKees Rocks, PA 15136
13893390        +Kay Jewelers,   PO Box 3680,   Akron, OH 44309-3680
13893396        +Laurend D. Baltic,   2134 Swallow Hill Road,   Pittsburgh, PA 15220-1651
13893389        +Medicredit Inc.,   PO Box 1629,   Maryland Heights, MO 63043-0629
13927270        +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
13893388        +Quest Diagnostics,   PO Box 7302,   Hollister, MO 65673-7302
13893394        +Sunrise Credit Cervices,   PO Box 9100,   Farmingdale, NY 11735-9100
13893393        +UPMC Physician's Services,   2509 S. Stoughton Road,   Madison, WI 53716-3314
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13893392        +E-mail/Text: ally@ebn.phinsolutions.com Sep 02 2016 01:57:38     Ally Bank,   PO Box 380902,
                  Bloomington, MN 55438-0902
13922092         E-mail/Text: ally@ebn.phinsolutions.com Sep 02 2016 01:57:38
                  Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
13905772        +E-mail/Text: DSLBKYPRO@discover.com Sep 02 2016 01:58:15     Discover Student Loans,
                  PO BOX 30925,   Salt Lake City, UT 84130-0925
13909201         E-mail/Text: bnc-quantum@quantum3group.com Sep 02 2016 01:57:50
                  Quantum3 Group LLC as agent for,   Sterling Jewelers Inc,   PO Box 788,
                  Kirkland, WA  98083-0788
13960504        +E-mail/Text: bankruptcygroup@ugcorp.com Sep 02 2016 01:58:14
                  United Guaranty Commercial Ins Co of NC,   PO Box 20327,   Greensboro, NC 27420-0327
                                                                                               TOTAL: 5
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               JPMORGAN CHASE BANK, N.A.
cr*              ECMC,   P.O. BOX 16408,   ST. PAUL, MN  55116-0408
cr*             +United Guaranty Commercial Ins Co of NC,   PO Box 20327,   Greensboro, NC 27420-0327
13901903*       +AAS Debt Recovery Service,   2526 Monroeville Blvd., Suite 205,   Monroeville, PA 15146-2371
13916892*       +AES,   P.O. Box 2461,   Harrisburg, Pa 17105-2461
13901900*       +Ally Bank,   PO Box 380902,   Bloomington, MN 55438-0902
13901895*       +Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
13901894*       +Chase Home Finance,   PO Box 961252,   Ft. Worth, TX 76161-0252
13901899*       +David Cord,   38 Stratford Court,   Carnegie, PA 15106-1578
13916893*       +FedLoan Servicing,   P.O. Box 530210,   Atlanta, Ga 30353-0210
13901905*        Kathleen Cord,   47 Mary Street,   McKees Rocks, PA 15136
13901898*       +Kay Jewelers,   PO Box 3680,   Akron, OH 44309-3680
13901904*       +Laurend D. Baltic,   2134 Swallow Hill Road,   Pittsburgh, PA 15220-1651
13901897*       +Medicredit Inc.,   PO Box 1629,   Maryland Heights, MO 63043-0629
13901896*       +Quest Diagnostics,   PO Box 7302,   Hollister, MO 65673-7302
13901902*       +Sunrise Credit Cervices,   PO Box 9100,   Farmingdale, NY 11735-9100
13901901*       +UPMC Physician's Services,   2509 S. Stoughton Road,   Madison, WI 53716-3314
                                                                                   TOTALS: 1, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-2          User: culy                 Page 2 of 2               Date Rcvd: Sep 01, 2016
                              Form ID: pdf900            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jeffrey A. Hulton    on behalf of Debtor Michael B. Cord jhulton@hultonlaw.com
              Lauren D. Baltic    on behalf of Debtor Michael B. Cord lbaltic@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
                                                                                             TOTAL: 6
```