## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | **Bankr. No. 14-22848-GLT** |
| MICHAEL CORD, | * | **Chapter 13** |
| Debtor. | * | |
| * * * * * * | * | |
| MICHAEL CORD | * | |
| Movant, | * | |
| vs. | * | |
| FIRST NATIONAL BANK OF PENNSYLVANIA, | * | |
| Respondent | * | |
| * * * * * * * | * * * * * | |

## NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF DEBTOR MAICHAEL CORD TO AVOID JUDICIAL LIEN

TO THE RESPONDENT:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than October 29, 2016, (ie., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

      A hearing will be held on November 10, 2016 at 9:00 AM before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: October 12, 2016

Jeffrey A. Hulton
Attorney for Movant

/s/ Jeffrey A. Hulton
Signature

429 Fourth Avenue, Ste. 1201, Pittsburgh, PA 15219
Address

(412) 586-5592
Telephone Number

PA ID 49522
Attorney ID No.