# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:***

**Debtor:** MICHAEL B. CORD
**Case Number:** 14-22848-GLT **Chapter:** 13
**Date / Time / Room:** THURSDAY, NOVEMBER 10, 2016 09:00 AM 3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

RECEIVED
2016 OCT 11 A 11:03
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

***Matter:***

#119 - Continued Confirmation of Plan Dated 2/10/2016 (NFC)
**R / M #:** 119 / 0

***Appearances:***

Debtor: Hu Hon
Trustee: Winnecour / Bedford / Pail / Katz

Creditor: Lien avoidance pending

***Proceedings:***

Outcome:

1. _______ Case Converted to Chapter 7
2. _______ Case Converted to Chapter 11
3. _______ Case Dismissed without Prejudice
4. _______ Case Dismissed with Prejudice
5. _______ Debtor is to inform Court within _______ days their preference to Convert or Dismiss
6. _______ The plan payment/term is increased/extended to _____________, effective _______________.
7. ✓ Plan/Motion continued to 1-19-17 at 9:00.
8. _______ An Amended Plan is to be served on all creditors and certificate of service filed by _______________. Objections are due on or before _______________. A hearing on the Amended Plan is set for _______________ at _______________.
9. _______ Contested Hearing: _______________ at _______________.
10. _______ Other:

RECEIVED
2016 NOV 10 P 3:20
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH