IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  MICHAEL B. CORD | : | Bankruptcy No. 14-22848-GLT |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| MICHAEL B. CORD, | : | Related to Document No. 135 |
| Movant | : | |
| | : | |
| v. | : | Hearing Date and Time: 12/21/16 @ 11:00 AM |
| FIRST NATIONAL BANK OF PENNSYLVANIA, | : | |
| Respondent | : | |

### CERTIFICATE OF SERVICE OF MOTION TO AVOID JUDICIAL LIEN
### AND AMENDED NOTICE OF HEARING

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below:

James G. Orie, Esquire
Chief Legal Officer
First National Bank of PA
One North Shore Center
Pittsburgh, Pa. 15212
Served By Certified Mail, Return Receipt Requested On November 16, 2016

AAS Debt Recovery, Inc.
2526 Monroeville Blvd.
Monroeville, PA 15146
Served by First Class Mail on November 16, 2016

Rosemary C. Crawford
Served by electronic transmission on November 23 2016 at crawfordmcdonald@aol.com and at PA68@ecfcbis.com

Office of the United States Trustee
Served by electronic transmission on November 23, 2016 at ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
Served by electronic transmission on November 23, 2016 at cmecf@chapter13wdpa.com

EXECUTED ON: November 16, 2016

By:   /s/ Jeffrey A. Hulton_____
Signature
Jeffrey A. Hulton, Esquire_____
Typed Name
429 Fourth Avenue, Suite 1201, Pittsburgh, PA 15219_____
Address
(412) 586-5592_____
Phone No.
PA ID 49522_____
List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**