IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  MICHAEL B. CORD | : | Bankruptcy No. 14-22848-GLT |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| MICHAEL B. CORD, | : | Related to Document No. 139 |
| Movant | : | |
| | : | |
| v. | : | Hearing Date and Time: 12/21/16 @ 11:00 AM |
| FIRST NATIONAL BANK OF PENNSYLVANIA, | : | |
| Respondent | : | |
| | : | |

**CERTIFICATE OF SERVICE OF CERTIFICATE OF NO OBJECTION**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below:

First National Bank of PA
James G. Orie, Esquire,
Chief Legal Officer
One N. Shore Center
Pittsburgh, PA 15212
Served by First Class Mail on December 20, 2016

Rosemary C. Crawford
Served by electronic transmission on December 20, 2016 at crawfordmcdonald@aol.com and at PA68@ecfcbis.com

Office of the United States Trustee
Served by electronic transmission on December 20, 2016 at ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
Served by electronic transmission on December 20, 2016 at cmecf@chapter13wdpa.com

EXECUTED ON: December 20, 2016

By: /s/ Jeffrey A. Hulton_____
   Signature
   Jeffrey A. Hulton, Esquire_____
   Typed Name
   429 Fourth Avenue, Suite 1201, Pittsburgh, PA 15219_____
   Address
   (412) 586-5592_____
   Phone No.
   PA ID 49522_____
   List Bar I.D. and State of Admission