FILED
12/20/16 1:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | Bankr. No. 14-22848-GLT |
| MICHAEL CORD, | * | Chapter 13 |
| Debtor. | * | |
| * * * * * * | * | Related to Docket No. 135 |
| MICHAEL CORD | * | |
| Movant, | * | |
| vs. | * | |
| FIRST NATIONAL BANK OF PENNSYLVANIA, | * | |
| Respondent | * | |

## ORDER

AND NOW, this  20th  day of  December , 2016, upon consideration of Debtor's Motion to Avoid Judicial Lien, it is hereby Ordered, Adjudged and Decreed that said Motion is Granted. The judicial lien in favor of First National Bank of Pennsylvania is hereby avoided.

Prepared By Jeffrey A. Hulton, Esquire, counsel to Debtor

Dated: December 20, 2016

By the Court,

Gregory L. Taddonio,    drb
United States Bankruptcy Judge

The Relief provided in this Order
is subject to 11. U.S.C. §348(f)
and §349 (b) in the event the main
bankruptcy case is dismissed or
converted to a Chapter 7 proceeding

1

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael B. Cord  
      Debtor

Case No. 14-22848-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 1    Date Rcvd: Dec 20, 2016  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2016.  
db        #+Michael B. Cord,   1 Cross Street,   Apt 1,   Crafton, PA 15205-2709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2016 at the address(es) listed below:  
      Andrew F Gornall   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
      Jeffrey A. Hulton   on behalf of Debtor Michael B. Cord jhulton@hultonlaw.com  
      Lauren D. Baltic   on behalf of Debtor Michael B. Cord lbaltic@aol.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
      Rosemary C. Crawford   on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com, PA68@ecfcbis.com  
                                                                           TOTAL: 6