# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** MICHAEL B. CORD
- **Case Number:** 14-22848-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JANUARY 19, 2017 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

*RECEIVED 2017 JAN 19 P 3:04 CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

**Matter:**

#119 - Continued Confirmation of Plan Dated 2/10/2016 (NFC)
R / M #: 119 / 0

**Appearances:**

- Debtor: Hulton
- Trustee: Winnecour / Bedford / (Pail) / Katz
- Creditor:

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 4/27/17 at 11:30 am.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

*Debtor filed amended plan on 1/16/17, not yet served. Continued for service of amended plan & prep of amended plan.*

*wage attachment to be entered.*

1/11/2017   3:49:05PM