# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** MICHAEL B. CORD
- **Case Number:** 14-22848-GLT  **Chapter:** 13
- **Date / Time / Room:** THURSDAY, APRIL 27, 2017 11:30 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#119 - Continued Confirmation of Plan Dated 2/10/2016 (NFC)
R / M #: 119 / 0

**Appearances:**

Debtor: Hutton (No Show)
Trustee: Winnecour / Bedford / Pail / Katz

Creditor:

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 7/6/17 at 3:00 pm.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

Debtor's Counsel must serve amended plan.

Received 2017 APR 28 P 4:36 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

4/20/2017  1:54:32PM