# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** MICHAEL B. CORD
**Case Number:** 14-22848-GLT          **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 24, 2017  02:00 PM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#119 - Continued Confirmation of Plan Dated 2/10/2016 (NFC)
R / M #:  119 / 0

### *Appearances:*  Hutton

Debtor:
Trustee:  Winnecour / Bedford / (Pail) / Katz
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 10/19/17 at 2:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/16/2017   3:05:57PM