# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

|  |  |
|---|---|
| **Debtor:** | MICHAEL B. CORD |
| **Case Number:** | 14-22848-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 19, 2017 02:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

**Matter:**

#153 - Continued Confirmation of Plan Dated 6/30/2017 (NFC)
R / M #: 153 / 0

**Appearances:** *Hulton*

Debtor:
Trustee: Winnecour / Bedford / (Pail) Katz

Creditor:

**Proceedings:**

*Counsel / debtor have no defense. Trustee consents*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ___✓___ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Not feasible*

10/13/2017 10:05:45AM