**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL B. CORD

Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:14-22848 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/15/2014 and confirmed on 10/08/2014. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 46,380.00 |
| Less Refunds to Debtor | 1,400.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 44,980.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 0.00 | |
|     Trustee Fee | 1,784.58 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,784.58 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 26,055.44 | 0.00 | 26,055.44 |
|     Acct: XXXXXXXXX9/14 | | | | |
|   QUANTUM3 GROUP LLC AGNT - STERLING | 616.53 | 0.00 | 0.00 | 0.00 |
|     Acct: 2149 | | | | |
|   ALLY FINANCIAL SERVICED BY ALLY SER\` | 13,939.22 | 13,871.39 | 3,268.59 | 17,139.98 |
|     Acct: 6754 | | | | |
| | | | | 43,195.42 |
| **Priority** | | | | |
|   JEFFREY A HULTON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL B. CORD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL B. CORD | 1,400.00 | 1,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAUREN BALTIC ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY A HULTON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 14-22848 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| PA AMERICAN WATER CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX0134 | | | | |
| \*\*\*N O N E\*\*\* | | | | |
| **Unsecured** | | | | |
| DISCOVER STUDENT LOANS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1121 | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3691 | | | | |
| AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX7367 | | | | |
| UNITED GUARANTY RESIDENTIAL INSURAI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9097 | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3691 | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3691 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX3857 | | | | |
| UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX9830 | | | | |
| QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX9677 | | | | |
| SUNRISE CREDIT SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX0136 | | | | |
| MEDICREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX7169 | | | | |
| FIRST NATIONAL BANK OF PA** | 9,307.77 | 0.00 | 0.00 | 0.00 |
| Acct: 0207 | | | | |
| \*\*\*N O N E\*\*\* | | | | |

| TOTAL PAID TO CREDITORS | | | | 43,195.42 |
|---|---|---|---|---|

TOTAL CLAIMED
- PRIORITY          0.00
- SECURED      14,555.75
- UNSECURED     9.307.77

Date: 01/17/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com